DAVID A. HUBBERT
Acting Assistant Attorney General

CASSONDRA L. MCCORMICK
Washington DC Bar
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-6632 (v)
202-307-0054 (f)
Cassondra.L.McCormick@usdoj.gov

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CROCKER ELECTRIC INC.,<br>ERICA TORRE, and<br>JEFFREY VAN REES,<br><br>    Defendants. | Case No. 2:21-CV-00419-JAM-CKD<br><br>**ORDER EXTENDING TIME** |

//

//

THIS MATTER came before the Court on this Joint Motion for Extension of Time, executed by counsel for the parties in this proceeding. Based upon the Motion, now, therefore, it is thereby ORDERED that the deadline for the Parties to conduct a Rule 26(f) conference and prepare a joint status report is extended to June 2, 2021.

IT IS SO ORDERED.

Dated this 29th day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632