# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CROCKER ELECTRIC INC.,<br>ERICA TORRE, and<br>JEFFREY VAN REES,<br><br>　　　　　Defendants. | Case No. 2:21-CV-00419-JAM-CKD<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION** |

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632

This matter is before the Court on the Stipulation for Entry of Judgment and Permanent Injunction against Crocker Electric, Inc., Erica Torre, and Jeffrey Van Rees. Having considered the Stipulation, it is hereby ORDERED that the Stipulation is **APPROVED** and a Judgment shall be entered in accordance with the Stipulation of the parties.

IT IS SO ORDERED.

Dated: May 5, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-6632