BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

PATRICK R. BURNETT (D.C. Bar 1780072)
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Tel: (202) 514-6619
Fax: (202) 307-0054
Patrick.R.Burnett@usdoj.gov
*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> CROCKER ELECTRIC INC., ERICA TORRE, ) and JEFFREY VAN REES, ) <br><br> Defendants. ) | Case No. 2:21-cv-00419-JAM-CKD <br><br> **STIPULATION AND ORDER TO EXTEND JURISDICTION** |

Plaintiff United States and Defendants Crocker Electric Inc., Erica Torre, and Jeffrey Van Rees stipulate and agree to extend the Court's jurisdiction over this matter for a period of twelve months, until May 5, 2027, to ensure compliance by Defendants with the Judgment and Permanent Injunction entered by this Court on May 5, 2021. ("Injunction Order"). Doc. 14. In support of this stipulation and proposed order, the parties state as follows:

1.  The Court issued the Injunction Order on May 5, 2021, ordering the Defendants to comply with income tax and employment tax requirements, and maintained that

STIPUJLATION TO EXTEND JURISDICTION          1

"[t]his Court retains jurisdiction over this case for a five-year period to ensure compliance with this injunction." (Doc. 14). This initial period ends on May 5, 2026. (*See id.*).

2. On December 8, 2025, counsel for the United States, having been notified by the IRS of several violations of the terms of the Injunction Order, informed counsel for the Defendants, Ryan Carrere, of the violations pursuant to the terms of the Injunction Order. (*Id.* at 4–5).

3. Since December 17, 2025, the United States and the Defendants have negotiated resolution of the post-injunction violations, including payment of all outstanding tax liabilities incurred since the Injunction Order went into effect. On March 16, 2026, the Defendants and the United States entered into an agreement structuring payment of the outstanding liabilities incurred post-injunction and directing compliance with the Injunction Order.

4. To ensure ongoing compliance with the Injunction Order as the Defendants work to satisfy post-injunction liabilities, the Parties stipulate extending the Court's jurisdiction over this case pursuant to the Injunction Order for an additional twelve-month period, until May 5, 2027.

DATED:  March 17, 2026                          Respectfully submitted,


*/s/ Patrick R. Burnett*
PATRICK R. BURNETT
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Tel: (202) 514-6619
Fax: (202) 307-0054
Patrick.R.Burnett@usdoj.gov
*Attorney for the United States of America*

STIPUJLATION TO EXTEND JURISDICTION          2

DATED: March 17, 2026

s/ Ryan Carrere (as permitted by email 3/17/26)
RYAN CARRERE
Carrere Law Group, PC
3600 American River Drive, Suite 230
Sacramento, CA  95864
Tel: (916) 550-5363
ryan@carrerelaw.com
Attorney for the Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: March 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPUJLATION TO EXTEND JURISDICTION              3